July 09, 2004

Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701-3520

Mr. Billy Shepherd
Cruse Scott Henderson & Allen
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Mr. Mike A. Hatchell
Locke Liddell & Sapp, LLP
100 Congress Ave., Suite 300
Austin, TX 78701
Ms. Dana C. Livingston Cobb
Alexander Dubose Jones & Townsend LLP
515 Congress Ave., Ste. 1720
Austin, TX 78701

Mr. J. R. "Rusty" Phenix
Phenix Phenix & Crump
P. O. Box 1005
Henderson, TX 75653-1005

RE: Case Number: 03-0754
 Court of Appeals Number: 12-02-00352-CV
 Trial Court Number: 99-219

Style: IN RE MARTHA WOOD, PATRICIA HAYNES, ELLIE L. CORLEY, AND ALL
 OTHERS SIMILARLY SITUATED

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants the petition for writ of
mandamus. (Justice Justice Owen not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Linda J. Smith |
| |Clerk |
| |Ms. Cathy S. Lusk |
| |Honorable J. Clay |
| |Gossett |